Exhibit 1 - Official Records of Franklin County (FCCS) Children Services/National Youth Advocate (NYAP)

TOTAL PGS 66

Exhibit 2 - Complaint of FCCS/NYAP Original 07-JU-10-10356

Exhibit 3 - Refiled complaint of FCCS

Exhibit 4 - Civil Protection Subopena of Evonna Mathis - Jun 2007

Exhibit 5 - Traymore lease of Shanda Mathis 07/2007 - 09/2007

Exhibit 6 - Baldwin - Chablis Village lease for Shanda Mathis 10/2007

Exhibit 7 - Subopena to Juvenile Court for transcript record of Case 07-JU-14257 for dates - 11/14/2007, 11/20/2007 11/27 - 11/28/2007 and 09/14 - 09/19/2007

Exhibit 8 - Record of final dispositional hearing Dec 2007 from Magistrate Judge Jorgensen

Exhibit 9 - Eric Fenner public bio as former Executive Director of FCCS

Exhibit 10 - Atiba Jones public bio as administrator of courts of juvenile court and appeal court / common pleas court

Exhibit 11 - Subopena for small claim court documents pertaining to cases: Shanda Mathis Et. Al vs Ohio Youth Advocate

Exhibit 12 - ~~Subopena for~~ Affivadit of Michelle Mathis within cases - D7-JU-1 and 07-JU 14257

Exhibit 13 - Subopena of Dr Grady Baccus for Shanda Mathis psychology report for mental evaluation

Exhibit 14 — Subopena for psychological report for Shanda Mathis

Exhibit 15 — Subopena for any report/statements from Internal Affairs concerning Shanda Mathis

Exhibit 16 — Referral Process/Flow Chart of FCCS

Exhibit 17 — Mission Statement of FCCS and OYAP/NYAP

Exhibit 18 — Reasonable efforts - law Printout

Exhibit 19 — Safety belt law - printout

Exhibit 20 — printout of Columbus Police Dept law concerning transport of minors to FCCS

Exhibit 21 — tolling statute printout

Exhibit 22 — changing case plan - printout

Exhibit 23 — transcript of case 07 JU 14257 - 14258 01/24/2008

Exhibit 24 — FCCS Flow Chart and Investigate FCCS — Concerning removal

EXHIBIT 1 - 10AF P6366

## SECTION V – GENERAL CORRESPONDENCE
(orchid)                                          CHRONOLOGICAL ORDER

1.    LETTERS except those to Juvenile Court

2.    SOCIAL SECURITY CORRESPONDENCE

3.    DISPOSITION OF REFERRAL/INVESTIGATION

4.    INTAKE SHELL LETTER REQUEST RE: REFERRAL DISPOSITION

5.    DISPOSITIONAL LETTER SENT TO PARENTS, CAREGIVERS, ALLEGED PERPETRATORS AND ALLEGED CHILD VICTIMS (if age appropriate)

6.    CONSENT FOR INFORMATION RELEASE A-12

- Including other general releases

7.    CONSENT TO TREAT AND NOTIFICATION OF CONSUMER RIGHTS A-48

8.    REFERRALS TO COMMUNITY AGENCIES

- Including CAN Form

- Referrals to our Emancipation Department to be filed in Section XII.

9.    CHILD/FAMILY ASSISTANCE REQUESTS A-51 and related correspondence

10.   PROTECTIVE SERVICE ALERTS ODJFS 1440 (sent and received by FCCS)

11.   DOCUMENTATION RELATED TO THE CLIENT GRIEVANCE PROCESS

(Rev. 03/05)

SACWIS 8/3 Figure 141

Case: 2:11-cv-00395-GLF-NMK Doc #: 30-1 Filed: 07/30/13 Page: 5 of 38 PAGEID #: 424

# ASSESSMENT/INVESTIGATION CASE TRANSFER FORM

**TO BE COMPLETED BY SUPERVISOR:**

CASE NAME: _Mathis - Clayborne - Chatman_

CASE ID: _61378_

ASSIGN TO:

- ☐ WEST
- ☐ EAST/205
- ☐ EAST/525
- ☒ OYAP
- ☐ PFSN
- ☐ ADOPTIONS

ATTACH ALL HARD COPY INFORMATION TO THIS FORM. IF ALL INFORMATION IS ON SACWIS, SUBMIT JUST THIS FORM. FORM IS TO BE SUBMITTED TO DATA MANAGEMENT'S 'CASE TRANSFER' TRAY ON THE SECOND FLOOR.

BEFORE SUBMITTING TO TRAY, ASSIGN THE CASE TO CORLIS FOXX.

BEFORE UNASSIGNING CASE TO SELF AND CWC, ENSURE THAT IT HAS BEEN ASSIGNED TO AREA DESIGNATED ABOVE.

---

**TO BE COMPLETED BY CORLIS FOXX OR HER DELEGATE:**

ASSIGN TO:

- ☐ WEST - Mike Franks or Lisa Cash (alternate) If Protect Ohio: Laura Loescher-Mann & Dee Thomas
- ☐ EAST/205 - Cheryl Abbott   If Protect Ohio: Asia Davis
- ☐ EAST/525 - Carol Maddox   If Protect Ohio: Patricia Jones
- ☒ OYAP - Shawn Holt and Tina Rutherford
- ☐ PFSN - Steve Richard and Tina Rutherford
- ☐ ADOPTIONS - Linda McKnight



## CASE OPENING CHECK LIST

CASE NAME: MATHIS | CHATMAN | CLAYBORNE

CASE #: 06-3791-B

✓ COPY TO MONIQUE DICKERSON
✓ PAGES 1 & 2 OF FACE SHEET UPDATED I.E. CURRENT ADDRESSES, RELATIVES, AND SIGNIFICANT OTHERS
NA WAIVERS COMPLETED
NA FINANCIAL ASSISTANCE
    WHAT FOR? ____
    HOW MUCH? ____

## COURT AND PLACEMENT

DATE OF FILING 7/9/07     NEXT HEARING 8/8/07
DATE AGREEMENT EFFECTIVE 7/10/07
COURT ORDERS TOC to FCCS

DATE PROS MEMO SENT 7/24/07
DATE PARENT/CHILD VISIT SCHEDULED 7/10, 7/23 & 7/25
PLACEMENT VIA SAFETY PLAN; HOMESTUDY AND NOC COMPLETE ✓
PENDING CHANGES IN PLACEMENT OR SAFETY PLAN NA

## OTHER ALERTS:

DATE NETCARE ASSESSMENT SCHEDULED OR COMPLETED mom to go to private person (unk) for MH assess and sign ROI.
PENDING VISIT BY PHN NA
MEDICAL APPOINTMENTS NA
PENDING CRIMINAL CHARGES (I.E. DV, CHILD ENDANGERING, ETC) UNK

PENDING CHANGES IN ADDRESS, SAFETY PLAN, ETC 2319 Traymore-Pl. - mom
PARENT PREGNANT NA      43211
SAFETY
CONCERNS NA

OTHER

LAST FACE TO FACE (W/IN 3 DAYS) 7/23/07 PLANNED FACE TO FACE ____

3

**AEP OHIO**
A unit of American Electric Power

Send Inquiries To:
PO BOX 24441
CANTON, OH 44701-4401
100-964-882-9-0  CYC 16  18

2402-1

**Total Amount Due** $17.52
**Due Date Sept 06**

1538

Amount Enclosed $

AUTO 5-DIGIT 43211

SHANDA A MATHIS
2319 TRAYMORE PL
COLUMBUS, OH 43211-1854

Make Check Payable and Send To:

100-964-882-9-0  CYC 16
AMERICAN ELECTRIC POWER
PO BOX 24417
CANTON OH 44701-4417

0000001752000001752010000000000100964882902108060701690000

---

Please tear on dotted line and return top portion with your payment

SERVICE AT:
SHANDA A MATHIS
2319 TRAYMORE PL
COLUMBUS OH 43211-1854

For Billing, Outage or
Service Inquiry, Call:
1-800-277-2177
TTY Do Phone
1-800-511-0364

Account Number
100-964-882-9-0

Bill Date 08/27/07

| PREVIOUS CHARGES: | | Account Balance | Amount Due |
|---|---|---|---|
| Total Amount Due at Last Billing | | | |
| Previous Balance | | 2.14 | |
| | | 2.14 | 2.14 |

CURRENT AEP CHARGES (1-800-277-2177):

08/20/07 Tariff 014 - RESIDENTIAL SERVICE
Service Delivery Identifier Number: 0004-0521-0061-1676-2

| Service Delivery | | |
|---|---|---|
| Generation Service | 5.56 | |
| Transmission Service | .66 | |
| Distribution Service | 4.04 | |
| Customer Charge | 4.75 | |
| Transition Charge | .37 | |
| Current AEP Charges Due | 15.38 | 15.38 |

**Total Amount Due** $17.52
**Due Date Sept 06**

$0.48 is your average daily cost for current electric service

100-964-882-90

## Price To Compare

For tariff 014, in order to save you money a new supplier must offer you a price lower than 5.3 cents per KWH for the same usage that appears on this bill. You may contact AEP at the phone number shown on this bill to receive additional information, including a written explanation, about this Price-To-Compare.

USAGE:

| Meter Number | Service Period From | To | Prev CD | Pres CD | Multiplier | Metered Usage |
|---|---|---|---|---|---|---|
| 95384780 | 07/19/07 | 08/20/07 | 80922 A | 81045 A | 1.0000 | 123 KWH |

CD - Read Code: A = Actual Reading      32 Billing Days  Next Scheduled Read Date 09/19/07

**AEP OHIO**

Due date does not

See other side for

09/10/07  MON 12:24  [TX/RX NO 5513]



We are requesting that you sign the signature line below when receiving this letter. Signing this form does not state that you agree with the letter provided to you, but that you have received the letter and a copy of the case plan on 10/1/07.

_Shanda Mathis_
Shanda Mathis

10/01/07
Date

5

OHIO YOUTH ADVOCATE PROGRAM, INC.
Care Management
1303 East Main Street • Columbus, OH 43205
Toll Free: (800) 256-5001 • Phone: (614) 252-6927 • Fax: (614) 252-4367 • Web: www.ohyap.org









2007-09-14 17:19        >>      614 252 4781



*Grady K. Baccus, Ph.D.*

*Clinical Psychologist*
*2021 E. Dublin-Granville Road*
*Columbus, Ohio 43229*
**Phone: 614-888-5133**
Fax: 614-888-8331

Client:        Shanda Mathis
Dob:           5/11/1977
Judge:         Mason
Magistrate : Jorgenson

To the Court:

A psychological evaluation has been ordered on Shanda Mathis with regard to her parenting ability and mental health functioning. In an effort to obtain pertinent history, I am requesting information from Lucas County Children's Services to be forwarded to the Ohio Youth Advocate Program of Franklin County.

Respectfully,

Dr. Grady K Baccus, Ph.D.

*Visit us on the Web: WWW.GradyBaccus.com*

09/14/07  FRI 17:15  [TX/RX NO 5589]

11/28/07

I, Shanda Mathis, am requesting from OYAP to provide the following services: referral to Map furniture bank or another source if Map doesn't have furniture available, monthly bus pass for job search and visits, helping with rent for the month of Dec. because I have to use income this month to pay for storage which contains my furniture and I have to cover other expenses this mth concerning court and attaining employment etc. so I can gainfully get a job/employment to cover my extra expenses.

11/28/07

Shanda Mathis
Client

* Note Rec'd 11/28/07
JPCL

* Bus Pass provided. 11/28



YOUTH ADVOCATE PROGRAM

12/3/07

Ms. Mathis,
This letter is to inform you that you have a MAP appt. scheduled for 2:30pm, December 10, 2007. The MAP address is 118 S. Yale Ave. Please be to MAP by 2:15pm to fill out the proper paperwork. OYAP will be paying the cost of delivery at $65. Whatever items you are able to get from MAP will be delivered in the morning on 12/11/07. They only do curbside drop off, so please make arrangements to get your new belongings into your home. Also, please understand that MAP is a ONE TIME referral and will not be able to be made again.

As far as the rent you have requested to have help with this month, OYAP will be able to help with ½ of the rental fee for December 2007. Please know that this will use up all of the available funds for your case to receive housing assistance. Please advise your FCM if you would or would not like to have the help this month. If you chose to use the money available for this at this time please provide the information necessary to get the rent paid. (I.E. To whom the rent should be paid, any account information they might need, and contact information to get in touch with whomever receives the monies for your rent.)

Regarding your psychological evaluation: You are welcome to choose a qualified doctor to have your psychological completed, however the cost would be yours to bear. OYAP has provided you with a referral to Dr. Baccus as that is who our contract is with. If you need another referral to him your FCM can provide you with one. If you choose to go with a qualified doctor of your choice, please provide your FCM with their information so that a referral may be made to them. Again, if you choose someone other than Dr. Baccus the cost will be yours to bear.

Respectfully,

Mindy Jones, BSW
Family Case Manager

OHIO YOUTH ADVOCATE PROGRAM, INC.
Care Management
1303 East Main Street • Columbus, OH 43205
Toll Free: (800) 256-5001 • Phone: (614) 252-6927 • Fax: (614) 252-4367 • Web: www.ohyap.org

      



YOUTH ADVOCATE PROGRAM

12/12/2007

Shanda Mathis
2240 Baldwin Pl., Apt. A
Reynoldsburg, OH 43068

Shanda,

I received your letter dated 12/4/2007. This letter is in response to that letter. The visit with Azuriah was made up yesterday 12/10/2007. OYAP does not require visits to be made up if it is not OYAP who canceled the visit. Sick children are never made to come to their visits as they should be home resting and getting well. Due to your tardiness of 35 minutes for yesterday's visit, the children were sent home. Roderick and Azuriah came late and thus were able to spend time with you. The time you were able to have with them is your make up visit for Azuriah not being at his visit last week. This letter is also to serve as the written notification that I told you as of yesterday that you are now to be at your visits by 3:30pm. If you are not at OYAP by 3:30pm your visit will be canceled. Transporters of the children will be notified that they do not need transport the children to the agency.

There will be no monthly pass issued to you for December as you were already given one. You may pick up 5 day passes at each visit for December to continue looking for employment. A monthly bus pass will be issued to you in Jan., however if it is lost you will have to find your own transportation.

OYAP has made a payment of $383 to your rental account. This is ½ of your rent that was told to you that would be paid. This amount includes water, but does not include late fees.

As far as the bunk beds, those will be purchased when the children return home. The beds not being in your home will not be a factor in the children being returned to you as OYAP is committed to providing beds when the appropriate time comes.

If you have any questions regarding this information or anything else you may contact your Family Case Manager at (614)252-6927.

Sincerely,

Mindy Jones
Family Case Manager

9

sent 12/12/07

OHIO YOUTH ADVOCATE PROGRAM, INC.
Care Management
1303 East Main Street • Columbus, OH 43205
Toll Free: (800) 256-5001 • Phone: (614) 252-6927 • Fax: (614) 252-4367 • Web: www.ohyap.org











OHIO

YAP

YOUTH ADVOCATE PROGRAM

12/10/2007

To Whom It May Concern:

Ms. Shanda Mathis has been court ordered to have a psychological evaluation completed. She is not comfortable with going to Dr. Baccus, who OYAP has a contract with and would prefer to find a Dr. on her own. She is responsible to bear the cost in full of the evaluation. She is required to have the psychological in compliance with the Franklin County Juvenile Court, as well as the case plan she is working on with the Ohio Youth Advocate Program. Client seems to exhibit symptoms of paranoia due to comments that everyone is out to get her, and that the court and everyone involved are "liars and doing illegal things to keep her children from her."

If you have any questions you may contact me at (614)252-6927 x. 155. Please have Ms. Mathis complete the consent for release of information at your office in order for her outcomes to be sent to me at the OYAP office.

*Questions to review:*
*Is there a mental health diagnosis?*
*If so what are treatment recommendations?*
*Does this affect the ability to effectively parent?*

Thank you,

Mindy Jones, BSW
Family Case Manager

Kara Fanaff, BA
Team Leader

10

OHIO YOUTH ADVOCATE PROGRAM, INC.
Care Management
1303 East Main Street · Columbus, OH 43205
Toll Free: (800) 256-5001 • Phone: (614) 252-6927 • Fax: (614) 252-4367 • Web: www.ohyap.org











OHIO

YAP

YOUTH ADVOCATE PROGRAM

MAP
118 S. Yale Ave.
Columbus, OH 43222

RE:
Roderick Chatman      2055491
Mia Clayborne         2055493
Mercedes Clayborne    2055492
Dallas Clayborne      2055495
Dawan Clayborne       2055494
Azuriah Clayborne     2055496

FCCS#: 691378

This is a referral for Shanda Mathis for MAP furniture assistance. She is in need of a dinning room table and chairs, 3 bedroom dressers, bookcases/stand. The referral is needed because Shanda is in the process of regaining custody of her 6 children and this will greatly help in furnishing her home.

Please bill OYAP for the expense of delivery.

Thank you,

Mindy Jones
FCM #1182

OHIO YOUTH ADVOCATE PROGRAM, INC.
Care Management
1303 East Main Street • Columbus, OH 43205
Toll Free: (800) 256-5001 • Phone: (614) 252-6927 • Fax: (614) 252-4367 • Web: www.ohyap.org

      

12/04/07

Dear Mindy Jones, Karla and
Director of OYAP,

On the visit dated 12/03/07 Azuriah Clayborne
was not present and I asked Mindy Jones, caseworker
to reschedule visit and provide me, all the children
medical evaluations or any medical/doctor visits
pertaining to my children, since Azuriah
visit the doctor/urgent care for his cough/cold
and Meri had a heat rash surrounding the whole
area of her mouth. I talked to supervisor,
Karla, she stated that she was going to get me a
monthly December bus pass, for transportation
because the other bus pass was damaged/defective
and went through pass system with problems and
became invalid so I threw away the old one. I would
like a visit with Azuriah Clayborne this week on
thursday at 4 p.m. since he was not present at the
previous visit. I also need a referral stating why
I need psychological evaluation and who ordered
the psychological evaluation to provide as basis to
physican on a letter will do stating the reasons
that I stated above and refuse to release information too.
The amount of $650.00 this month needs to be paid to
Charitis Villas at 6522 Steinway Dr. Reynoldsburg, Ohio
43068, this is including late fees. It either Ohio Youth
Advocate Program or Franklin County Children Services
can pay the total for the month of December
totaling $650.00 this month. Please make rent payment
on cashier check or money order and leave bus pass for
month at front desk in entrance for my pick up.

RE: Mia Clayborne

FCCS#: 691378

DOB: 2/15/1999

RE: Mercedes Clayborne

FCCS#: 691378

DOB: 1/17/1998

To Whom It May Concern:

The above named children are wards of Franklin County Juvenile Court and are committed to Franklin County Children Services TEMPORARILY/PERMANENTLY. They have been placed in the care of Lora Logun, a certified foster family for our Agency.

This family will be visiting a family owned home residing at 430 Riveria St., Stonewall, MS from the period beginning December 21 to December 29 and are hereby permitted to have these children accompany them.

Our Agency maintains responsibility for the above mentioned children. Lora Logun are/is permitted to arrange any routine medical care for these children. Prior authorization must be obtained for any major medical or surgical procedure by calling the FCCS Medical Dispensary at (614) 275-2738 between 8:00 a.m. and 5:00 p.m. Monday through Friday, and (614) 229-7100 after 5:00 p.m. and on weekends.

In the even that lifesaving procedures are necessary, the attending physician is not required to obtain prior authorization from FCCS; however, the Agency must be notified immediately of such treatment.

Bills for medical care should be sent in triplicate to the above address, ATTENTION: Medical Dispensary, or the appropriate address for ADC children.

ALL KIDS COUNT!

Shawn Holt 12/18/07

Director of Care Management

Tina Rutherford FCCS 12/18/07

R-FL-101
7/96



YOUTH ADVOCATE PROGRAM

1/8/2008

Dawan Clayborne
2240 Baldwin Pl.
Apt. A
Reynoldsburg, OH 43068

Dawan,
Enclosed please find your copy of the amended case plan that was submitted to the court on
12/21/2007. If you have any questions about this Case Plan please contact your Family Case Manager.
As this was submitted to the court per request of Magistrate Jorgenson its contents are considered to be
court ordered.

Respectfully,

Mindy Jones
Family Case Manager

OHIO YOUTH ADVOCATE PROGRAM, INC.
Care Management
1303 East Main Street • Columbus, OH 43205
Toll Free: (800) 256-5001 • Phone: (614) 252-6927 • Fax: (614) 252-4367 • Web: www.ohyap.org











OHIO

YAP™

YOUTH ADVOCATE PROGRAM

2/13/08

Shanda Mathis
2240 Baldwin Pl.
Apt. A
Reynoldsburg, OH 43068

Dear Ms. Mathis,

This letter is to remind you that your visit for 2/18/08 is cancelled and rescheduled for
**2/27/08 from 3-5 p.m.**

Also, enclosed are records from Dallas and Dawan's medical visits, treatment, and school
reports. They are doing fine and they are now in the same room with Spider Man
decorations.

I would also like to set up a meeting to go over your case plan and we have referred you
for parenting classes and you can begin at anytime, Monday 10-12 and Wed. 10-12 and
6-8 p.m. If you have any questions or concerns, please give me call 252-6927, ext. 146.

Sincerely,

*Najiyyah L Muqtasid . MS*

Najiyyah Muqtasid, MS
Family Case Manager

*15*

OHIO YOUTH ADVOCATE PROGRAM, INC.
3790 Ridge Mill Drive • Hilliard, OH 43026
Phone: (614) 921-2111 • Toll Free (800) 472-4943 • Fax: (614) 527-8541 • Web: www.nyap.org
**Marvena Twigg**, President/CEO
Beachwood • Boardman • Cincinnati • Columbus • Dayton • Maumee • Newark
*Mubarak E. Awad, Founder*

MEMBER OF


FOSTER
FAMILY-BASED
TREATMENT
ASSOCIATION


CWLA
Child Welfare League of America
MEMBER AGENCY


COA
COUNCIL ON
ACCREDITATION



OHIO

**YAP** ™

YOUTH ADVOCATE PROGRAM

3/11/08

Shanda Mathis
2240 Baldwin Pl.
Apt. A
Reynoldsburg, OH 43068

Dear Ms. Mathis,

This is the letter that you requested in regards to your visitation. Due to you and Mr. Claybourne attending visits together, he is not entitled to his own hour.

The hour visitation is considered a family visit and is set for both parents. As case plan activities are completed, the agency is able to increase your visitation time as your case plan states.

If you have any questions or concerns, please contact me at 252-6927, ext. 146.

Sincerely,

*Najiyyah Muqtasid*
Najiyyah Muqtasid, MS
Family Case Manager

OHIO YOUTH ADVOCATE PROGRAM, INC.
3780 Ridge Mill Drive • Hilliard, OH 43026
Phone: (614) 921-2111 • Toll Free (800) 472-4943 • Fax: (614) 527-8541 • Web: www.nyap.org
**Marvena Twigg, President/CEO**
Beachwood • Boardman • Cincinnati • Columbus • Dayton • Maumee • Newark
*Mubarak E. Awad, Founder*







3/11/08

Shanda Mathis
2240 Baldwin Pl.
Apt. A
Reynoldsburg, OH 43068

Dear Ms. Mathis,

This is in response to your letter I received via fax. I have given you all the information I have about the children's appointments and doctor's visits. I will get the other's records from the foster care department as far for their counseling services and other medical services.

I we have no more monthly bus passes for March and I must say that most of your case plan activities have been completed with acceptation to the psychological. If the psychological is completed and they do not recommend any other services, or parenting, then you have completed most of the activities. We can set up a time to complete the home study. I will provide Mr. Clayborne with a copy of his results at the visit on Monday.

As far as MAPS goes, since 2 prior appointments were set with you not showing up, they are not willing to set another appointment, as per their rules. If you would like, when you come in on Monday for your visit, we can set up a time for your home study. We are willing to increase your visits once we get the results of your psychological assessment completed. Thank you for your cooperation.

Sincerely,

*Najiyyah Muqtasid, MS*

Najiyyah Muqtasid, MS
Family Case Manager

OHIO YOUTH ADVOCATE PROGRAM, INC.
3780 Ridge Mill Drive • Hilliard, OH 43026
Phone: (614) 921-2111 • Toll Free (800) 472-4943 • Fax: (614) 527-8541 • Web: www.nyap.org
**Marvena Twigg**, President/CEO
Beachwood • Boardman • Cincinnati • Columbus • Dayton • Maumee • Newark
**Mubarak E. Awad**, Founder







4/23/08

Evona Mathis

2403 Ashpoint Street

Columbus, OH 43219

Dear Ms. Mathis,

I am writing this letter in an effort to locate family members for Mercedes, Mia, Dawan, Dallas and Azuriah Clayborne. The children have been in foster care since July 2007 and we are coming up on a year in foster care and we have to begin making permanent plans for the children by law.

Ms. Mathis has not completed her case plan. She has been homeless since March 18, 2008 and our next court date is July 9, 2008. I have to have motions turned in by May 9th. Could you give me a call to discuss the future of the children? The Guardian Ad Litem and I have an appointment with your mother, Elvina Parks on Friday, April 25th in Toledo. There is financial assistance is available if this is a barrier.

I can be reached at (614) 252-6927, ext. 146. Please call me, I would like to see about getting the children with family members rather then they remain in foster care until the age of 18 or until Ms. Mathis can show that she is stable.

Sincerely,

Najiyyah Muqtasid, MS

Family Case Manager

18

**OHIO YOUTH ADVOCATE PROGRAM, INC.**
Care Management
1303 East Main Street • Columbus, OH 43205
Toll Free: (800) 256-5001 • Phone: (614) 252-6927 • Fax: (614) 252-4367 • Web: www.ohyap.org









| Year | If all services on this R of A are to be credited to one recipient, enter that persons R# and that name here | | Case Name: | Service Delivery Worker Name: | WKR # |
|------|-----------------------------------------|--|------------|-------------------------------|-------|
| 2007 | RODRICK - 03 | | MATHIS | AMY MEYERS | 619 |

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|-------------|---------------------|--------------|-----------|-------|------------|
| 07/06/2007 | | AA | 5A | $\frac{1}{4}$ | 7:25 PM OFFICER GOOD ARRIVED AT INTAKE AND WANTED TO PROVIDE MORE INFO ON THE REFERRAL. OFFICER GOOD STD HE DIDN'T REMOVE THE CHILDREN BUT DOESN'T FEEL GOOD ABOUT THE SITUATION. OFFICER GOOD STD HE DOESN'T THINK THE CAR WAS BROKEN DOWN BUT DIDN'T CHECK TO SEE IF IT WAS OPERABLE. OFFICER GOOD STD HE THINKS THE FAMILY MIGHT BE HOMELESS AND PROVIDED SHELTER INFO. OFFICER GOOD STD HE THOUGH IT WAS ODD FOR MOM TO LEAVE THE CHILDREN ALONE AND TAKE HER ADULT SISTER WITH HER TO LOOK FOR HELP. OFFICER GOOD STD HE THOUGHT THE MOTHER SHOULD HAVE LEFT HER SISTER WITH THE CHILDREN. OFFICER GOOD STD THE MOTHER WASN'T COOPERATIVE AND WOULDN'T GIVE THE NAMES OF HER CHILDREN. OFFICER GOOD STD THEY THREATENED TO ARREST HER FOR WITH HOLDING INFO IN AN INVESTIGATION AND THEN SHE GAVE THEIR NAMES. OFFICER GOOD STD THEY HAVE HX WITH THIS WOMAN AND SHE DOESN'T LIKE THE POLICE. OFFICER GOOD PROVIDED HIS CELL NUMBER AND ASKED THAT THE ASSIGNED WORKER CALL IF THEY HAVE ANY QUESTIONS. OFFICER GOOD LEFT INTAKE. *Amy Meyer MEd CW3* |

19

# CLIENT RECORD OF ACTIVITIES

| | | Page 1 |
|---|---|---|

FCCS#:
**2006-37191-8**

| Year **2007** | If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here. | Case Name: **Mathis/Chatman/Cla** | Service Delivery Worker Name: **C. Crum** | Wkr # **573** |
|---|---|---|---|---|

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/9/07 | 03 Rodrick<br>04 Mercadies<br>05 Mia<br>06 Dawan<br>07 Dallas<br>08 Azria | Aa | 1a | 15/4 | **Present:** Shanda Mathis (mom), Michelle Mathis (m-aunt), 03-08<br>FCCS office, 4:25 am<br><br>Mom arrived at intake just prior to police arriving with the children. By the time the case worker got to the door, the police were there. Worker had police and children enter the building. Worker had mom wait outside while she talked with police. Worker had the children go into the playroom with Larry Albanese (571).<br><br>Worker talked with police. Of. Polzseno #2024 stated that they found everyone sleeping in the car. CPD woke mom up and she stated that she was waiting for a friend to meet her. Mom stated that she was staying at her aunt's home (Evonna Mathis) and they got into a fight. So, mom took the kids out of the home and left. CPD reported that they attempted to get mom to call the friend or another relative to go stay with. CPD is concerned that the family has no where to go and it's going to be 100 degrees today. CPD stated that mom has called Internal Affairs on them and was recording what they said. CPD stated that they tried to work with mom unsuccessfully. CPD also concerned because mom drove the care while some of the children were unrestrained.<br><br>Worker had Rod come and talk. Worker asked about what happened. He stated that they were waiting for mom's friend and fell asleep waiting. Rod denies being homeless and states that they have been with the aunt on Ashpoint for the past few months. Rod states that he is home schooled and in the 7th grade. He also stated that he gets speech therapy. He did not give any history of physical abuse. He denies any prior children services (CPS) history.<br><br>CPD filled out paperwork while worker talked with mom. Worker had Michelle wait outside.<br><br>Worker talked to mom while being taped. Mom stated that the police have been harassing her and that she |

20                    C Crum 573

# CLIENT RECORD OF ACTIVITIES

FCCS#:
**2006-3791-8**

| Year | | | Case Name: | Service Delivery Worker Name: | Wkr # |
|------|--|--|------------|-------------------------------|-------|
| **2007** | 03 | Roderick | **MATHIS** | **A. WATKINS** | **646** |

If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here.

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|-------------|---------------------|--------------|-----------|-------|------------|
| 7/9/07 | 915AM | AA | 2A | 1/4 | CW TALKED TO MOM. HER SISTER MICHELLE WAS IN THE LOBBY WITH HER. CW TOOK MOM TO A VISITATION ROOM AND TALKED TO HER. SHE SD THAT SHE WAS STAYING WITH HER SISTER EVONNA MATHIS HERE IN COLUMBUS. SHE IS FROM TOLEDO, OH. HER SISTER SD THAT THE KIDS COULD COME BACK TO HER HOME BUT NOT HER. SHE HAS BEEN ARGUING WITH HER SISTER SINCE JUNE AND HAS BEEN STAYING IN HOTELS AND WITH VARIOUS FRIENDS. SHE WAS SUPPOSED TO GO TO HER FRIEND, KEISHA JOHNSON, LAST NIGHT. THEY WERE TO MEET HER WHERE THE POLICE FOUND HER TO SEE IF SHE HAD GOTTEN THE OK FROM THE PEOPLE THAT SHE STAYS WITH. KEISHA STAYS AT MELODY MANNER OFF OF MORSE RD. THEY WERE SUPPOSED TO MEET HER THERE AT 3AM. THEY WERE AT THE THE PARK BEFORE THEY WENT TO MEET THE FRIEND. THEY HAVE TRIED TO GO TO THE YMCA AND FAMILY FOUNDATION AND THEY SD NO. SHE THEN SD THAT SHE NEVER ACTUALLY TALKED TO ANYONE AT FAMILY HOMELESS FOUNDATION BUT HAD LEFT MESSAGES. SHE GETS APPROX. $1000 IN SSI FOR HER CHILDREN BUT IT WAS WITHHELD THIS MONTH DUE TO A MISUNDERSTANDING. IT IS STRAIGHTENED OUT BUT SHE WILL NOT GET HER CHECK UNTIL 8/07. THE YMCA WOULD NOT LET HER STAY THERE IN THE PAST BECAUSE DAD WAS WITH THEM. THEY WENT BACK LATER WITHOUT DAD AND THEY TOLD HER NOT TO COME BACK OR SHE WOULD GET CRIMINAL TRESPASSING. SHE APPLIED FOR PRC ON 5/25 AND WAS DENIED AND THEN APPLIED AGAIN ON 7/5 AND IS WAITING FOR THEM TO APPROVE HER. SHE IS HOPING TO GET IT TO PAY RENT. CW ASKED IF THERE WAS ANYONE THAT THE KIDS COULD STAY WITH WHILE SHE GETS HOUSING. SHE SD THAT THEY COULD STAY WITH HER SISTER, EVONNA, BUT SHE DOES NOT WANT THEM TO GO THERE. SHE SD THAT THERE IS A SHELTER THAT TOLD HER THAT SHE COULD COME BACK AT 8PM AND IF THEY HAVE ROOM THEY CAN STAY THERE. SHE |

21

A-21 Rev 12/92

# CLIENT RECORD OF ACTIVITIES

Page 2

FCCS#:
**2006-37191-8**

| Year | If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here. | | Case Name: | Service Delivery Worker Name: | Wkr # |
|---|---|---|---|---|---|
| **2007** | 03/ Roderick | | **Mathis/Chatman/Cla** | **C. Crum** | **573** |

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/9 | (cont'd) | | | | has a lawsuit against them. Worker explained that had nothing to do with why were here. Worker asked what happened. She stated that she got into an argument with her aunt and was told to leave. Mom admitted that she drove her car without restraining 2 of the children. Worker told her that was a problem. Worker asked why that aunt didn't leave. She stated that the home belongs to her. She stated that she could call a cab and have her sister take the other children that don't fit in her car. Worker informed her that she was getting information together and was going to call supervisor for instruction. Worker asked about calling other relatives. She stated that she has no minutes on her cell phone, so she couldn't call anyone. She states that the police ran her name and plates. Mom denies any hx with CPS. Worker requested that mom call her aunt to see if she and the kids could return now.

Worker had Larry Ablanese (571) check for previous history.

When worker returned to the lobby. Mom said that her aunt said that they could return. However, 3 CPD officers and night security guard stated that they did not hear her talk to anyone. Mom stated that she would call her back. Mom tried and was unsuccessful in getting a hold of the aunt. Worker attempted to call the aunt, Evonna Mathis, (478-3113) but was also unsuccessful.

Mr. Albanese printed a copy of case history. Worker reviewed case history. FCCS has 2 info only. There was a report that mom was reportedly mentally ill and talked about someone watching her from the internet. Mom has a hx in Toledo, Lucus CPS of living in the car, children with poor hygiene, and children not in school. Lucus CPS reports that the children were living with mgm and mom was living in Franklin Co in 8/06.

Worker checked mom's criminal history. Mom has pending criminal charge for violation of a protection order. No other history found. |

22

C-Crum BS

A-21 Rev 12/92

# CLIENT RECORD OF ACTIVITIES

Page 2

FCCS#:
**2006-3791-8**

| Year | | | | Case Name: | Service Delivery Worker Name: | Wkr # |
|---|---|---|---|---|---|---|
| **2007** | If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here.  03 / Roderick | | | **MATHIS** | **A. WATKINS** | **646** |

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/9 | (cont'd) | | | | SD THAT WHEN THE POLICE CAME SHE ASKED THEM TO WAIT A ½ HOUR AND THEY SD NO. SHE SD THAT HER CAR WORKS AND WAS NOT BROKEN DOWN. SHE IS SUPPOSED TO GO TO NORTH COURT APARTMENTS TO TALK TO THE MANAGER TODAY AND THEY WILL LET HER MOVE IN NOW AND NOT HAVE TO PAY UNTIL THE BEGINNING OF AUGUST. SHE IS GOING TO CALL THAT PERSON WHILE CW TRIES TO CALL FAMILY HOMELESS FOUNDATION. SHE SD THAT SHE HAD TRIED THEM AND THEY ARE ALWAYS FULL. |
| 7/9/07 | 930AM | AA | 5T | ¼ | PC TO FAMILY HOMELESS FOUNDATION. CW GAVE HER NAME AND AGENCY AND IS CALLING IN REGARDS TO A HOMELESS FAMILY THAT IS AT FCCS. THEY NEED TO TALK TO MOM TO ASK HER SOME QUESTIONS. HAVE MOM CALL AND ASK FOR INTAKE. |
| 7/9/07 | 935AM | AA | 2A | ¼ | CW GAVE MOM THE NUMBER FOR HOMELESS FOUNDATION AND TOLD HER TO CALL AND THEN CALL CW WHEN SHE FINDS OUT. CW GAVE HER CARD. |
| 7/9/07 | 940AM | AA | 2T | ¼ | PC FROM MOM. SHE CALLED THE NUMBER AND IT IS FOR THE YMCA. CW TOLD HER TO ASK FOR INTAKE. SHE SD SHE IS GOING TO THE APARTMENT TO ASK. CW TOLD HER SHE DOES NOT HAVE A LOT OF TIME FOR THIS SO SHE NEEDS TO CALL CW AS SOON AS SHE GETS THERE TO LET HER KNOW WHAT IS GOING ON. SHE SD THAT SHE WOULD. |
| 7/9/07 | 1026AM | AA | 5T | ¼ | PC TO LUCAS CO. CPS. CW WAS TRANSFERRED TO RECORDS. CW GAVE THE FAMILY NAMES AND DOB'S ALONG WITH CW'S NAME, NUMBER AND AGENCY. SHE WILL CALL RIGHT BACK. |
| 7/9/07 | 1030AM | AA | 5T | ¼ | PC FROM LUCAS CO. THE HISTORY IS:<br><br>10/3/01 – MOM – AP ACV – DALLAS, DAWAN, MIA & RASHAAD MATHIS (RELATIVE)<br>NEG. UNSUB<br>CHILDREN ARE DIRTY, HOME DIRTY, CHILDREN HOME ALONE.<br><br>7/25/02 – MOM – AP ACV – DAWAN<br>NEG. UNABLE TO LOCATE |

23  Dawn Watkins BSSW WC3

# CLIENT RECORD OF ACTIVITIES

Page 3

FOCS#:
2006-37191-8

| Year 2007 | If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here. 03 Roderick | Case Name: Mathis/Chatman/Cla | Service Delivery Worker Name: C. Crum | Wkr # 573 |
|---|---|---|---|---|

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/9 | (cont'd) | | | | Worker reviewed the screening guide. Unable to classify case.

**5:21 am**
Tc to Lara LaRoche, associate director, at home
Worker explained situation that brought children to intake, concerns with mom (info only hx), and mom's issues with police. Mom did not present as intoxicated or under the influence. Worker directed to get mom to stay at intake and have the next level link mom and family with services (ie shelter). And to write the referral as a dependency.

**5:50 am**
Worker talked with mom about the plan. She was agreeable to stay at intake and work with service team to link with services. Mom brought up the issue of the internet and people watching her. Mom states that she was living with someone in Toledo and they were illegally video taping her and the children and putting it on the internet. So mom moved to Columbus to start over. She states that she tried to get help with the Salvation Army, but was unsuccessful.

**6 am**
CPD left the building.

**6:05 am**
Tc from Of. Polisene #2024, CPD
Of. States that he checked on mom's history. There is a police report #070599712 from 7/6/07 were the children were found alone in the car. Reportedly the car was broken down in a construction zone, the car was in a parking garage and mom left the 12 yo in charge. Mom returned shortly after police arrived. Mom was with her adult sister, Michelle Mathis. Mom did not give a reason why the aunt couldn't stay with the children. The children were not limited to the car and had access to the water. Mom reported that she was gone for 1-1 ½ hours looking for a phone. Police did not charge mom with child endangering. The temperature was 84 degrees and the children had access to water. |

24

C. Crum BS

A-21 Rev 12/92

# CLIENT RECORD OF ACTIVITIES

| | | Page 3 |
|---|---|---|

FCCS#:
**2006-3791-8**

| Year **2007** | If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here. 03 Roderick | Case Name: **MATHIS** | Service Delivery Worker Name: **A. WATKINS** | Wkr # **646** |
|---|---|---|---|---|

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/9 | (cont'd) | | | | CHILD TO HOSPITAL IN AN AMBULANCE. MOM REMOVED THE CHILD FROM THE HOSPITAL AND HIS LEADS FOR EKG AND IV AND TOOK HIM WITHOUT A CAR SEAT. SHE DID THIS BECAUSE SHE WAS NOT HAPPY WITH THE TREATMENT. DOCTOR SD IT IS NOT LIFE THREATENING.

2/19/03 – ROBERT MATHIS – AP DAWAN – ACV PAB. UNSUB
HE WAS WHOOPED WITH AN EXTENTION. LOTION WAS APPLIED TO HIS BACK THERE WERE BRUISES ON HIS BACK.

9/18/03 – UNK AP – DALLAS – ACV
CHILD IS CURRENTLY IN SURGERY AT THE TIME. HE HAD A BROKEN FEAMER. DR. SD THE INJURIES ARE NOT CONSISTENT. MOM WAS NOT WATCHING AND WAS CHASING THE 2 YEAR OLD. SHE TOOK HIM FROM 1ST HOSPITAL . MOM RESPONDED IMMEDIATELY. REPORTEDLY THE CHILD WAS UNATTENDED FOR A SHORT TIME AND THE NEPHEW PUSHED HIM OUT OF A WINDOW.

10/31/03 – MICHELLE MATHIS & MOM – AP DALLAS, DAWAN, MIA & RASHAAD (RELATIVE) POLICE AT THE HOME, CHILDREN HOME ALONE. MICHELLE WAS WATCHING THE KIDS AND SHE LEFT. MICHELLE WAS CHARGED WITH CHILD ENDANGERING.

10/10/03 – DALLAS – ACV
MOM DID NOT FOLLOW UP BECAUSE SHE DID NOT LIKE HOW SHE WAS TREATED.

NO OPEN CASES. NO REMOVALS. CW CAN FAX RELEASE TO 419-327-3358 – HEIDI. |
| 7/9/07 | 1045AM | AA | 5T | 1/4 | PC TO OYAP. CW GAVE THE FAMILY INFO AND IS SEEKING AN ECO. CW NEEDS A HOME(S). |
| 7/9/07 | 11AM | AA | 2T | 1/4 | PC FROM MOM, SHE WANTS CW TO COME TO THE LOBBY. |
| 7/9/07 | 1105AM | AA | 2A | 1/4 | CW TALKED TO MOM AND MICHELLE IN THE LOBBY. SHE SD THAT SHE IS BEING STALKED BY A |

25 ~~Donald Patter BSSW, cc~~

# CLIENT RECORD OF ACTIVITIES

FCCS#:
**2006-3791-8**

| Year | If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here. | | Case Name: | Service Delivery Worker Name: | Wkr # |
|------|------|------|------|------|------|
| **2007** | 03 | Roderick | **MATHIS** | A. WATKINS | **646** |

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/9 | (cont'd) | | | | FEMALE IN TOLEDO AND IT IS ABOUT POLITICS. SHE HAS A DISCRIMINATION SUIT AGAINST THE SHELTERS FOR NOT ALLOWING HER TO BE IN ANY OF THE SHELTER.  SHE IS SUING CPD FOR HARASSING.  THEY ARE ALL TRYING TO MAKE IT SO THAT SHE HAS TO GO BACK TO TOLEDO.  THIS IS ALL BY THE WORKS OF THE STALKER IN TOLEDO. |
| 7/9/07 | 240PM | AA | 5T | ¼ | PC FROM OYAP.  THEY HAVE 4 HOMES TO PUT THE KIDS IN.  THEY WILL KEEP WORKING ON IT.  SHE ASKED IF CW HAD TRIED TO GET A SHELTER FOR THE KIDS –YES. |
| 7/9/07 | 3PM | ZZ | 9E | ¼ | CW WENT TO LOBBY TO TALK TO MOM, SHE IS NOT THERE. |
| 7/9/07 | 443PM | AA | 5T | ¼ | PC FROM SHANELLE AT OYAP.  SHE HAS ONE OF THE HOMES.<br><br>03 & 08 – DEBORAH DUNBAR<br>3161 FAYBURROW DR.<br>REYNOLDSBURG, OH  43068<br>864-5495<br>404-3232-CELL<br><br>SHE WILL SEND TRANSPORTER FOR 530/6PM. |
| 7/9/07 | 5PM | AA | 5T | ¼ | PC FROM CT. THEY GOT PHONE CONFIRMATION OF ECO.  SHE WILL FAX. |
| 7/9/07 | 545PM | AA | 2A | ¼ | CW DROPPED OFF THE PLACEMENT PAPERS FOR OFF-SHIFT.<br>CW TALKED TO MOM AND MICHELLE IN THE LOBBY.  CW EXPLAINED THAT SINCE SHE DID NOT HAVE A STABLE PLAN, CW HAD TO FILE FOR CUSTODY AND RECEIVED AN ECO.  CW EXPLAINED THE COURT DATE THE NEXT DAY AND GAVE HER A PAPER WITH THE DATE, TIME AND LOCATION. SHE WAS VERY ANGRY AND SHOWED CW A LEASE. CW SD THAT SHE HAD COME DOWN EARLIER AND MOM WAS NOT THERE.  SHE SD THAT SHE HAS A SHELTER TO GO TO TONIGHT.  CW REMINDED HER THAT SHE HAD SAID THAT THEY WOULD LET HER IN IF THEY HAD ROOM.  SHE SD THAT CW WAS LYING ON HER AND THAT THEY SD THAT THEY WOULD LET HER STAY THERE.  CW EXPLAINED THAT IT WAS NOT A SET ARRANGEMENT AND IF |

26  Donna Watkins BSW Wtz

A/21 Rev 12792)

# CLIENT RECORD OF ACTIVITIES

Page 4

FCCS#:
2006-37191-8

| Year | If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here. | Case Name: | Service Delivery Worker Name: | Wkr# |
|---|---|---|---|---|
| 2007 | 03 Roderick | Mathis/Chatman/Cla | C. Crum | 573 |

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/9 | (cont'd) | | | | Of. Did a police check to the home address. There have been 16 calls to police for 2403 Ashpoint. 7 calls were domestic disputes between mom and Evonna. Worker requested police report be faxed to FCCS.

Worker checked Kids Kids, there is an active referral to Unit 640, Incident # 9895-2007.

Worker checked on the children. Worker took pictures of the children. There clothes are dirty and they have a foul odor. Rod gave no history of going hungry while Larry Albanese (571) was caring for them. Worker laid cots down for them to sleep.

Worker had mom write the children's names and dates of birth down. Mom states that she gave the police bad information on the children because they are always threatening to take her children. Mom brought up the incident at the parking garage and them taking the kids information. She reported that she was gone for 5-10 minutes and that the battery in the car needed jumped. She states that AAA came and jumped the car. Mom stated that she did have trouble getting someone to let her use their phone. She stated that she tried a church and was unsuccessful. She continued not to see the problem of leaving the children in the car. She stated that they could get out and she always keeps water in the car. She states that Rod is 12 yr old and capable of caring for the children. Worker explained to her that it is not appropriate and that she was lucky that she did not go to jail. Worker asked mom about her pending criminal case. She stated that her aunt, Evonna Mathis, got a protection order on 6/27/07. Mom states that the kids have been staying there and she has Michelle get the kids. Mom reports that the aunt wants custody. Worker asked about income. Mom reports that she gets SSI on two of the children; about $1002 a month. She has no bills, no WIC. Mom reports that she needs help with deposit and 1 months rent ($602). She reports that she has been approved for an apartment. Worker explained that the caseworker would be in around 8:30 am to help her. |

27

C. Crum BS

A-21 Rev 12/92

# CLIENT RECORD OF ACTIVITIES

Page 5

FCCS#: **2006-3791-8**

| Year | | | Case Name: | Service Delivery Worker Name: | Wkr # |
|------|--|--|-----------|-------------------------------|-------|
| **2007** | If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here. 02 Roderick | | **MATHIS** | **A. WATKINS** | **646** |

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|-------------|---------------------|--------------|-----------|-------|------------|
| 7/9 | (cont'd) | | | | SHE HAD GONE THERE AND NOT BEEN ABLE TO GET IN, CW COULD DO NOTHING AT THAT TIME. CW TOLD HER TO TAKE HER LEASE TO COURT THE NEXT DAY AND THE JUDGE WILL MAKE A DECISION. MOM AND MICHELLE BECAME VERY LOUD AND SAID THAT CW WAS LYING ON THEM. THEY WANTED TO KNOW WHERE THE KIDS ARE GOING. CW TOLD HER FOSTER CARE. MICHELLE SD, "NO THEY ARE NOT." CW ADVISED THAT FCCS HAS CUSTODY UNTIL THE JUDGE DECIDES FURTHER TOMORROW. THEY BECAME EVEN MORE LOUD AND AT THAT POINT THE DEPUTY SHERIFF FROM THE LOBBY WAS STANDING BESIDE THE CW. CW ADVISED THAT SHE WAS NOT GOING TO ARGUE WITH THEM BUT THEY COULD GO TO COURT AND TELL THEIR SIDE THE NEXT DAY. CW LEFT THE LOBBY. |

28 Alanna Watkins BSSW, cw3

A-21 Rev 12/92

| | Year | | Case Name | | FCCS # | |
|---|---|---|---|---|---|---|
| | 2007 | 03 / Roderick | MATHIS | | 06 - 3797 - 8 | |
| | | | | | Service Delivery Worker Name: A. WATKINS | 646 |

*If all services on this R and A are to be credited to one recipient, enter that person's R # and first name here.*

| Month & Day | Credit to R # & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/9 | 2¹²p | 229E | ¼ | | VM from Shanelle. Did cw out ECO She has homes Call her 529-2669 |
| 7/9 | 330p | 11 ST | ¼ | | PC to Shanelle. Still checking on another home so can do 2-2-2 instead of 2-2-1-1 |
| | | | | | 04-05- Laura Logan 645 Bulen Ave. Cols OH 43205 253-9322 323-9622 -cell |
| | | | | | 06-07- Bonnie Cheatham 1459 Tracy Cir. Cols. OH 43223 279-9972 551-1623 - cell She will call w/ other home(s). |
| | | | | | Donald Collins BSW, UC2 |

29

| Year | | Case Name | FCCS # |
|---|---|---|---|
| 2007 03 Roderick | | MATHIS | 06 - 3791 - 8 |
| | | | Service Delivery Worker Name: A. WATKINS   Wkr # 646 |

| Month & Day | Credit to R # & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/9 | 1243p | 22 | 9E | 1/4 | VM from Audobon Real Estate Mom sd She filed for PRC. She is calling confirm status Call 8262 5955 Melody Rivers or Brooklyn Sparks. |

Donna Battin, BSSWCWB

30

# CLIENT RECORD OF ACTIVITIES

FCCS#: 06-3791-8

| Year | If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here. | Case Name: | Service Delivery Worker Name: | Wkr # |
|------|------|------|------|------|
| 2007 | 03 / Rodrick | MATHS | N. SIMCOX | 522 |

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7-9<br>7:00 P | | AA | 1A | 1/4 | PRESENT : NICOLE SIMCOX, OYAP TRANSPORTER – MS SYLVIA, RODRICK, AZURIA, MERCEDES, MIA, DAWAN AND DALLAS<br><br>PURPOSE : PLACEMENT OF ABOVE CHILDREN<br><br>COPY OF THE TRANSPORTERS ID WAS TAKEN AND ATTACHED TO ROA<br><br>PAPER WORK GIVEN TO TRANSPORTER<br><br>CLOTHING BOTH CLEAN AND DIRTY WERE GIVEN TO TRANSPORTER AS WELL<br><br>OYAP TRANSPORTER DID NOT HAVE ENOUGH CAR SEATS ONE WAS GIVEN TO MS SYLVIA AND SHE WAS TOLD THAT IT NEEDED TO BE RETURNED TONIGHT 7-9-07 AFTER CHILDREN WERE DELIVERED TO THE APPROPRIATE FOSTER HOME.<br><br>THERE WAS A MIX UP ON THE CHILDREN . TRANSPORTER WAS NOT AWARE OF BABY<br><br>WENT OVER WHO WAS PLACED WITH WHO ACCORDING TO THE PACKET INFORMATION ON THE OUT SIDE<br><br>WKR 522 WAS UNAWARE THAT THE CHILDREN WERE NOT TOLD THAT THEY WERE BEING SPLIT UP . THEY ASKED IF THEY COULD BE CHANGED AROUND THAT MIA AND DAWAN BE TOGETHER AND MERCEDES AND DALLAS BE TOGETHER. I TOLD THEM THAT I COULD NOT CHANGE THE PLACEMENT AT THIS TIME HOWEVER I WOULD PASS ALONG THE INFORMATION SO IT COULD BE CONSIDER FOR THE FUTURE. THE CHILDREN WERE VERY UPSET AND SHOCKED THAT THEY WERE BEING SPLIT UP.<br><br>CHILDREN WERE ALL PUT INTO THE TRANSPORTERS CAR AND TAKEN AT 7 PM<br><br>CASE OPEN TO ALONNA GRIMES |

31

A-21 Rev 12/92

| | | | | | |
|---|---|---|---|---|---|

Year **2007** 03 | Roderick

Case Name: MATHIS CASE

FCCS # **06-3797-8**

Service Delivery Worker Name **A. WATKINS** **846**

| Month & Day | Credit to R # & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|

Placement Info:

FH- LORA LOGAN
645 Bulen
Cols OH 43205
L-253-9322 -home
323-9622 cell 743-8165

phone 1st 2nd floor the river answers

chn.
* Mercedes Clayborne
* Mia Clayborne

FH- BONNIE CHEATHAM
1459 Tracy Cir.
Cols OH 43223
274-9972 -home
551-1623 -cell
* Dawan Clayborne Jr
* Dallas Clayborne

FH -DEBORAH DUNBAR
3161 Fayburrow Dr.
Reynoldsburg OH 43068
864-5495 home
404-3232 -cell
* Roderick Chatman Jr
* Azuriah Clayborne

All that can have RAM
interviews ; alleg interview
need them
* Are they homeless where have
they been living, etc.

Thank you

32

A-21 Rev.4

| Year | If all services on this R and A are to be credited to one recipient, enter that person's R # and first name here. | Case Name | | FCCS # |
|---|---|---|---|---|
| 2007 | 03 Roderick | Maths | | 06 - 3 79 1 - 8 |
| | | | Service Delivery Worker Name A. Watkins | Wkr # 846 |

| Month & Day | Credit to R # & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/10 | 345p | AA | 41 | 14 | PC from Deborah Dunbar #4 She was calling about what happened @ ct. CW has not heard The boys need clothes |
| | | | | | |

Carlon Watkins BSW CW C3

33

A-21 Rev. 4

CLIENT RECORD OF ACTIVITIES

| | | | | | Page 1 |

| | | | FCCS#: 2006-3791-8 |

| Year 2007 | 63 / Roderick | | Case Name: MATHIS | Service Delivery Worker Name: A. WATKINS | Wkr # 646 |

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7/12/07 | 225PM | AA | 5T | ¾ | PC FROM DET. REFIT WITH INTERNAL AFFAIRS – CPD. MOM AND MICHELLE TOLD HER THAT ORIGINALLY CW HAD SD THAT SHE WOULD GIVE THE KIDS BACK TO MOM IF SHE HAD A LEASE AND THEN THE POLICE THREATENED CW WITH CALLING THE DIRECTOR IF SHE RETURNED THEM SO CW DID NOT RETURN THE CHILDREN. CW INFORMED HER THAT SHE NEVER TALKED TO ANY POLICE OFFICER AND WAS NOT THREATENED. SHE TOLD HOW MOM HAS A LARGE CONSPIRACY THEORY REGARDING THE POLICE AND ANY OTHER PERSON. |

34 Adonna Watkins BSSW, MSW

A-21 Rev 12/92

CLIENT RECORD OF ACTIVITIES

FCCS#: 06-3791-8

| Year 2007 | If all services on this R of A are to be credited to one recipient, enter that person's R# and first name here.<br>03 Rodrick | | Case Name:<br>Mathis | | Service Delivery Worker Name:<br>Nicole Kniceley | Wkr #<br>643 |
|---|---|---|---|---|---|---|

| Month & Day | Credit To R# & Name | Service Code | Act. Code | Units | Activities |
|---|---|---|---|---|---|
| 7-13 | | AA | 1D | 4/4 | **Present:** Lora Logan, Foster Parent<br>Mia Clayborne<br>Mercedes Clayborne<br>Two other foster children<br><br>**Purpose:** To do a placement visit and two interview the girls<br>11:00 am<br>I arrived at the residence and spoke with Lora Logan. Lora said that she enjoyed having the girls there. She said that they had no behaviors that were concerning to her and she felt the girls were doing fine. She said that the girls had been eating large portions of food. She said she had two different beds for the girls but the girls preferred to sleep in the same bed. Lora said that the girls are very antisocial and do not like to play with other children. She said that the girls told her that they had stayed at their father's house, at an Aunts house, stayed in a hotel, at the YMCA, and they have slept in a car. Lora said the girls told her they would stay at the library all day long until dark. Lora said the girls told her that their mother has been arrested many times with in the past few months. The girls told Lora that when they would go stay with people that the people would end up calling the police on their mom. I interviewed both of the girls separately. The girls said that they like where they were staying. They said that they understood the rules and that they did not have any questions. The girls were very reserved. |
| 7-13 | | AA | 1D | 4/4 | **Present:** Deborah Dunbar<br>03 Rodrick Chatman Jr.<br>Other Foster Care Children<br><br>**Purpose:** To do a placement visit and to interview Rodrick<br>1:40 pm<br>I arrived at the Dunbar residence and sat down to interview Rodrick in private. Rodrick was very open and answered all of my questions thoroughly. Rodrick stated that he had no questions for me. He said that |

35 N. Kniceley, CWL (sw)

A-21 Rev 12/92